UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN KIBLER,<br><br>　　　　Respondents. | No.  2:21-cv-1397 KJN P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

---

[1]  The petition is addressed to the Sacramento County Superior Court.  If petitioner filed his petition in the United States District Court for the Eastern District of California by mistake, he may file a notice of voluntary dismissal.

1  and

2      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

3  form used by this district.

4  Dated:  August 12, 2021

6  gree1397.101a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE