UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN KIBLER,<br><br>　　　　　Respondent. | No. 2:21-cv-1397 JAM KJN P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner, proceeding pro se. On February 14, 2022, petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 was dismissed based on petitioner's failure to exhaust state court remedies and failure to state a cognizable federal habeas claim. On February 28, 2022, petitioner filed a motion styled, "Motion to Move Case Down to the Superior Court to Exhaust All Legal Remedies." (ECF No. 29.) However, to the extent petitioner asks the court to remand this action to state court, this court is unable to do so. The instant action is closed. If petitioner wishes to pursue habeas relief from the state court, he must file a petition for writ of habeas corpus directly with the state court.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 29) is denied.

Dated: March 4, 2022

/gree1397.den

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE